IN THE INTEREST OF ASHLEY BROOK WATTS



NO. 07-02-0002-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



FEBRUARY 20, 2002



______________________________




IN THE INTEREST OF ASHLEY BROOK WATTS, A CHILD



_________________________________



FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;



NO. 20,907; HONORABLE TOM A. NEELY, JUDGE



_______________________________



Before BOYD, C.J., and QUINN and JOHNSON, JJ.

 On January 28, 2002, the appellant filed a Motion to Dismiss Appeal moving this
court to withdraw appellant's Notice of Appeal and dismiss the appeal.

 Without passing on the merits of the case, the appellant's Motion to Dismiss Appeal
is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). All costs are
assessed against the party incurring the same.

 Phil Johnson

 Justice


Do not publish.



ithout prejudice to the refiling of a second motion.

 Counsel for real party in interest in the underlying action, entitled Lilith Brainard,
Sally Brainard Wicker, E. Swasey F. Brainard, II, Amy Brainard, Berklee Brainard
Clements, Sena Brainard, and the Estate of Edward H. Brainard, II, v. Premier Well
Service, Inc., cause number 31,677, 31st Judicial District Court, Gray County, is requested
to file a response to the petition for writ of mandamus pursuant to Rule 52.4 of the Texas
Rules of Appellate Procedure on or before October 1, 2001.

 It is so ordered.

 Per Curiam

Do not publish.